# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **BRANDY LEANN STONE** ) | |
| SSN: XXX-XX-3209 ) | **CASE NO. 17-03281** |
| ) | **CHAPTER 13** |
| **604 HUGH DUFFY CV** ) | **JUDGE WALKER** |
| **LAVERGNE, TN 37086** ) | |
| ) | |
| Debtor(s). ) | |

_____

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: 01/04/2018
IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: 01/24/2018
AT 8:30 AM IN COURTROOM ONE, SECOND FLOOR, CUSTOMS HOUSE, 701 BROADWAY,
NASHVILLE, TN 37203**
_____

## NOTICE OF MOTION TO TEMPORARILY SUSPEND PLAN PAYMENTS

The debtors have asked the court for the following relief: temporarily suspend Chapter 13 plan payments.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

   If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at <https://ecf.tnmb.uscourts.gov>.

   If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

| | | |
|---|---|---|
| Date: 12/15/2017 | Signature: | */s/ Mary Catherine Gasser* |
| | | Mary Catherine Gasser, BPR #030898 |
| | | Attorney for Debtor(s) |
| | | Gasser Law, PLLC |
| | | 511 Enon Springs Road, East |
| | | Smyrna, TN 37167 |
| | | (615)459-6130 |
| | | fax (615)459-7727 cgasser@gasserlawoffice.com |

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE

IN RE:                              )
                                    )
BRANDY LEANN STONE                  )
SSN: XXX-XX-3209                    )     CASE NO. 17-03281
                                    )     CHAPTER 13
604 HUGH DUFFY CV                   )     JUDGE WALKER
LAVERGNE, TN 37086                  )
                                    )
         Debtor(s).                 )

## MOTION TO TEMPORARILY SUSPEND PLAN PAYMENTS

Comes now the Debtor, by and through counsel, and hereby moves this Court for an order temporarily suspending her plan payments for a period of three months.

In support of the motion, the Debtor would show the following:

1. The Debtor is on short term disability and is receiving only 60% of her pay.

2. The Debtor has not been receiving regular short term disability payments income during this time which has caused her to become behind in meeting living expenses. With this temporary reduction in income, the Debtor will be unable to make ongoing Chapter 13 plan payments.

3. Once the Debtor begins to receive her regular wage income after her short term disability has ended, she anticipates the ability to resume her Chapter 13 Plan Payments with an increased plan payment of $338.00 bi-weekly, to turn over of any tax refunds received and to allow for the case to be placed on probation.

5. Appendix B reflecting the current monthly budget is attached.

6. The Debtor has completed her Financial Management Course on November 21, 2017.

7. Notice of this motion has been sent by U.S. Mail, First Class prepaid to the Debtor and all creditors listed. Notice by electronic means through the CM/ECF system was given to the U.S. Trustee and the Chapter 13 Trustee and all parties requesting notice.

**WHEREFORE, PREMISES CONSIDERED,** the Debtor requests an order temporarily suspending

plan payments for a period of three months.

                                                Respectfully Submitted,

Date: 12/15/2017                          */s/ Mary Catherine Gasser*

                                                Mary Catherine Gasser, BPR #030898
                                                Attorney for Debtor(s)
                                                Gasser Law, PLLC
                                                511 Enon Springs Rd East
                                                Smyrna, TN 37167
                                                (615)459-6130
                                                fax (615)459-7727
                                                cgasser@gasserlawoffice.com

I IN THE UNITED STATES BANKRUPTCY
COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE

IN RE: )
)
BRANDY LEANN STONE )
SSN: XXX-XX-3209 ) CASE NO. 17-03281
) CHAPTER 13
604 HUGH DUFFY CV ) JUDGE WALKER
LAVERGNE, TN 37086 )
)
Debtor(s). )

# PROPOSED --- ORDER TEMPORARILY SUSPENDING CHAPTER 13 PLAN PAYMENTS

This matter is before the Court on Debtor's Motion to Temporarily Suspend Chapter 13 Plan Payments. Notice was mailed pursuant to LBR 9013-1 and no responses or objections to the motion were filed.

It is therefore:

**ORDERED**, that the Debtor's Chapter 13 plan payments be suspended for a period of three months.

It is further,

**ORDERED,** that the Debtor's Chapter 13 plan payments will increase to $338 bi-weekly after the period of suspension has concluded.

It is further,

**ORDERED,** that the Debtor's tax refunds be submitted to the Trustee to further fund the plan.

It is further,

**ORDERED,** that the Debtor's case be placed on probation.

It is further,

**ORDERED,** that the Chapter 13 Trustee shall refund any funds received for a period of suspension.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE*

**PROPOSED**

APPROVED FOR ENTRY:

*/s/ Mary Catherine Gasser*
Mary Catherine Gasser, BPR#030898
Attorney for Debtor(s)
Gasser Law, PLLC
511 Enon Springs Rd,
Smyrna, TN 37167
(615)459-6130
fax (615)459-7727
cgasser@gasserlawoffice.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE: )
                                             )
                                             )   CASE NO.
                                             )   CHAPTER [12 or 13]
Debtor(s).                      )   JUDGE
                                             )

**AMENDED MONTHLY FAMILY BUDGET**

                                                                                  Prior Budget*   Current Budget*

Dates of Budgets:                                                _____   _____

**EXPENSES**
Rent/Mortgage Payment:                                     _____   _____
Utilities:                        Prior*     Current*
    Electric:                _____   _____
    Water:                  _____   _____
    Heat:                   _____   _____
    Telephone/Internet   _____   _____
    Trash:                 _____   _____
    Cable/Satellite:        _____   _____
    Other (_____): _____ _____
    **Total Utilities:**                                             _____   _____
Food:                                                        _____   _____
Clothing:                                                  _____   _____
Laundry & Dry Cleaning:                                _____   _____
Newspapers, Books, etc.:                             _____   _____
Medical & Dental Expenses:                        _____   _____
Transportation:
Insurance (not deducted from wages):
    Auto:                   _____   _____
    Life:                    _____   _____
    Home:                  _____   _____
    Renters:                _____   _____
    Other (_____): _____ _____
    **Total Insurance:**                                        _____   _____

Taxes (not deducted from wages)                      _____   _____
Child Support                                                _____   _____
Home Maintenance                                     _____   _____
Other Monthly Expenses (_____): _____ _____

**TOTAL MONTHLY EXPENSES:**            _____   _____

APPENDIX B
AMENDED MONTHLY FAMILY BUDGET

**INCOME**                                                                               <u>Prior Budget*</u>   <u>Current Budget*</u>

Debtor's Gross Income:                                               _____   _____

Spouse's Gross Income:                                              _____   _____

Payroll Deductions:        Prior*   Current*

    Payroll Taxes:        _____   _____

    401(k):               _____   _____

    Other (_____):  _____   _____

    Total Payroll Deductions:                     _____   _____

Other Regular Income:

    Support/Alimony:     _____   _____

    Pension/SS/VA:      _____   _____

    Other (_____):  _____   _____

    Total Other Regular Income:                   _____   _____

**TOTAL MONTHLY INCOME:**                             _____   _____

**SUMMARY:**

**Total Monthly Income (from above):**          _____   _____

**minus Total Monthly Expenses (from page 1):**  _____   _____

**equals Monthly Surplus:**                          _____   _____

**Monthly Plan Payment:**                               _____   _____

**Duration of Plan (months):**

**Dividend to Unsecured Creditors (%):**           _____   _____

**Secured Creditors Affected:**

    _____   _____   _____

    _____   _____   _____

* Explain any increase or decrease in income, expenses, or dividend that exceeds 10%:
_____
_____
_____
_____

                                                          _____

                                                          (Debtor)

                                                          _____

                                                           (Date)

                                                          _____

                                                          (Debtor)

                                                          _____

                                                          (Date)

APPENDIX B
AMENDED MONTHLY FAMILY BUDGET

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRANDY LEANN STONE | ) | |
| SSN: XXX-XX-3209 | ) | CASE NO. 17-03281 |
| | ) | CHAPTER 13 |
| 604 HUGH DUFFY CV | ) | JUDGE WALKER |
| LAVERGNE, TN 37086 | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice and Motion to Suspend Chapter 13 Payments has been furnished to the Chapter 13 Trustee, P.O. Box 340019, Nashville TN 37203 and to the U.S. Trustee, 701 Broadway, 3rd Floor, Nashville, TN 37203 via CM/ECF, to the Debtor(s) at the above referenced address, and mailed via US first class mail, postage pre-paid to the creditor(s) listed below on December 15, 2017.

| | | |
|---|---|---|
| ADVANCE FINANCIAL<br>5138 MURFREESSBORO ROAD<br>LAVERGNE TN 37086 | BRIAN BATY<br>604 HUGH DUFFY CV<br>LAVERGNE TN 37086 | CAPITAL ONE<br>ATTN: GENERAL<br>CORRESPONDENCE/BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130 |
| CREDIT SOLUTIONS LLC<br>2277 THUNDERSTICK DR STE 400<br>LEXINGTON KY 40505 | FIRST PREMIER BANK<br>601 S MINNEAPOLIS AVE<br>SIOUX FALLS SD 57104 | INLAND BANK<br>C/C SUSAN FAULKNER<br>736 CURREY ROAD<br>NASHVILLE TN 37217 |
| LENDUP<br>237 KEARNY ST.<br>SAN FRANCISCO CA 94108 | MURFREESBORO MID STATE<br>GASTROENTEROLOGY<br>PO BOX 11209<br>MURFREESBORO TN 37129 | REGIONAL ACCEPTANCE CO<br>5409 MARYLAND WAY STE 25<br>BRENTWOOD TN 37027 |
| RELIANT REALTY<br>805 S. CHURCH STREET #1<br>MURFREESBORO TN 37130 | REPUBLIC FINANCE<br>291 SAM RIDLEY PKWY E ST<br>SMYRNA TN 37167 | SECURITY FINANCE<br>SFC CENTRALIZED BANKRUPTCY<br>PO BOX 1893<br>SPARTANBURG SC 29304 |
| SOCIAL SECURITY ADMINISTRATION<br>PO BOX 3430<br>PHILADELPHIA PA 19122 | SUN LOAN #255<br>313 DECATUR PIKE<br>ATHENS TN 37303 | VERIZON<br>VERIZON WIRELESS BANKRUPTCY<br>ADMINISTRATI<br>500 TECNOLGY DR STE 500<br>WELDON SPRINGS MO 63304 |

| | |
|---|---|
| WAKEFIELD & ASSOCIATES<br>7005 MIDDLEBROOK PIKE<br>KNOXVILLE TN 37909 | AARONS INC<br>295 N LOWRY STREET<br>SMYRNA TN 37167 |

Total number of parties served: 20

                        Respectfully Submitted,

                        <u>/s/ MARY CATHERINE GASSER</u>
                        Mary Catherine Gasser, BPR #030898
                        Attorney for Debtor
                        Gasser Law, PLLC
                        511 Enon Springs Road, East
                        Smyrna, TN 37167
                        (615) 459-6130
                        Fax: (615) 459-7727
                        cgasser@gasserlawoffice.com